UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| vs. ) | CR S-10-163 EJG |
| ) | |
| VINCENT MICHAEL BREWER ) | |

The defendant is hereby ordered released from the custody of the U. S.

MARSHAL, on Monday, December 13, 2010. No later than 8:00 a.m.

_____
EDWARD J. GARCIA
SR. U. S. DISTRICT JUDGE

Dated: December 10, 2010

**FILED**

DEC -9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK