**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

DATE:     January 26, 2011

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia

FROM:     Debra Lancaster, Sr. Legal Assistant to
          Timothy Zindel, Assistant Federal Defender

SUBJECT:  **USA v. VINCENT MICHAEL BREWER**
          2:10-cr-163 EJG
          ADMIT/DENY HEARING CONTINUANCE

   This Memo is to confirm defense counsel's request to continue the A/D hearing, presently scheduled for Friday, January 28, 2011, to **Friday, February 4, 2011 at 10:00 a.m**.

   The Courtroom Clerk and all parties have been notified of the new scheduled date.

**IT IS SO ORDERED:**

DATED: January 26, 2011                /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       Honorable District Court Judge