UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| vs. | ) | 2:10CR 163 |
| | ) | |
| VINCENT MICHAEL BREWER | ) | |

       The defendant is hereby ordered released from the custody of the U. S. MARSHAL, forthwith.


          /s/ Edward J. Garcia
        EDWARD J. GARCIA
        SR. U. S. DISTRICT JUDGE

Dated: March 25, 2011