FILED
May 21, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>v.                              )<br>                                )<br>VINCENT MICHAEL BREWER,         )<br>                                )<br>            Defendant.          ) | CASE NUMBER: 2:10-CR-00163 EJG<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Vincent Michael Brewer</u>; Case <u>2:10-cr-00163 EJG</u> from custody and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    ___   Unsecured Appearance Bond in the amount of $

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>to the custody of his mother, Rochelle Brewer, on May 22, 2012 at 9:00 a.m.</u>

Issued at <u>Sacramento, CA</u> on <u>5/22/2012</u> at <u>2:10 p.m.</u>

By _____
Edward J. Garcia
United States District Judge